**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

Nos. 97-40866 and 98-40384

---

Dennis Trevino,

Plaintiff-Appellant,

versus

City of Corpus Christi, ET AL,

Defendants,

City of Corpus Christi, Texas;
Juan Garza; Henry Garrett, Chief of Police,
City of Corpus Christi,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-96-CV-376

---

December 8, 1998

Before GARWOOD, BARKSDALE and STEWART, Circuit Judges.[*]

PER CURIAM::

    AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.